█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARK ROBINSON, Appellant. (Two Actions.)

No opinion.

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.